IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ABIGAIL HELI,

Plaintiff,

vs.

SCOOTER'S COFFEE, LLC,

Defendant.

8:26CV21

**ORDER ON JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

This case is before the Court on the parties' Joint Stipulation of Dismissal with Prejudice. Filing 12. The parties stipulate and agree that this matter should be dismissed in its entirety with prejudice and with each party to pay its own costs and attorneys' fees. Filing 12 at 1. Accordingly,

IT IS ORDERED that the parties' Joint Stipulation of Dismissal with Prejudice, Filing 12, is accepted, and this case in its entirety is dismissed with prejudice, with each party to pay its own costs and attorneys' fees.

Dated this 30th day of June, 2026.

BY THE COURT:

Brian C. Buescher
United States District Judge